FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

1  TAMARA BEATTY PETERSON (Nevada Bar No. 5218)
   tpeterson@bhfs.com
2  LAURA E. BIELINSKI (Nevada Bar No. 10516)
   lbielinski@bhfs.com
3  JOANNA M. MYERS (Nevada Bar No. 12048)
   jmyers@bhfs.com
4  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
5  Las Vegas, Nevada 89106-4614
   Telephone:    (702) 382-2101
6  Facsimile:    (702) 382-8135

7  Attorneys for Plaintiff
   Boyd Gaming Corporation

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12  BOYD GAMING CORPORATION, a          Case No.  2:12-cv-00016-JCM-CWH
    Nevada corporation,
13                                      FILED UNDER SEAL (PER ORDER DATED
                  Plaintiff,            JANUARY 20, 2012)
14
    v.                                  (PROPOSED) ORDER GRANTING MOTION
15                                      FOR PRELIMINARY INJUNCTION
    KING ZULU, LLC, an entity of unknown
16  origin doing business in Saint Kitts and
    Nevis,
17
                  Defendant.
18

19        UPON CONSIDERATION of the motion filed by Plaintiff Boyd Gaming Corporation

20  ("Plaintiff") for a preliminary injunction, the supporting memorandum of points and authorities,

21  the supporting documents and evidence, the record in this case, and for other good cause shown;

22        THE COURT HEREBY FINDS THAT:

23        1.      Personal jurisdiction over Defendant King Zulu, LLC ("Defendant") is proper

24  because: Defendant has aimed its tortious conduct at Boyd and its predecessors in interest in the

25  forum state by registering Plaintiff's trademark IP CASINO ("IP CASINO Mark," as defined in

26  Plaintiff's Motion For Preliminary Injunction) as its domain name for the purpose of trading on

27  the substantial goodwill in the IP Casino Mark, with knowledge that Plaintiff's principal place of

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

1    business is in Nevada, the heart of the gaming industry; Plaintiff's claim for cybersquatting arises

2    out of Defendant's forum-related activities, and the exercise of jurisdiction over Defendant is

3    reasonable.

4       2. Plaintiff will suffer irreparable injury to the goodwill associated with its IP

5    CASINO Marks if Defendant is not enjoined from transferring the <ipcasino.com> domain name

6    (the "Infringing Domain Name"), which contains the IP CASINO Mark, and whose associated

7    website allows users to gamble online, to other domain name registrars, persons or entities;

8       3. Plaintiff will suffer irreparable injury to the valuable IP CASINO Mark and its

9    associated goodwill if Defendant is not enjoined from owning or using domain names containing

10   the IP CASINO Mark, and is otherwise enjoined from using the IP CASINO Mark in commerce.

11      4. Plaintiff is likely to succeed on the merits of its claims for cybersquatting;

12      5. The balance of hardships tips in favor of Plaintiff because issuance of the

13   injunction would merely prevent Defendant from continuing to infringe upon Plaintiff's IP

14   CASINO Mark.  Conversely, without such relief, Plaintiff would continue to suffer loss to the

15   goodwill associated with the IP CASINO Mark;

16      6. Issuance of the preliminary injunction would be in the public interest because it

17   would protect consumers against deception and confusion arising from Defendant's use of

18   Plaintiff's IP CASINO Mark;

19      THEREFORE, IT IS HEREBY ORDERED THAT, pending a full trial on the merits:

20      A. Registration of the Infringing Domain Name shall be immediately transferred to

21   Plaintiff.  The domain name registrar, GoDaddy, shall effectuate the transfer.

22      B. GoDaddy shall ensure that the Infringing Domain Name remains on hold and lock.

23      C. GoDaddy shall not cancel or transfer the Infringing Domain Name during the

24   injunctive period.

25      D. In the event that GoDaddy fails or refuses to comply with this Preliminary

26   Injunction within one day of its issuance, the top-level domain (TLD) Registry for the Infringing

27   Domain Name, Verisign, shall be authorized to maintain the Infringing Domain Name on

28   Registry Hold status, thus removing it from the TLD zone files maintained by the Registry which

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

1     link the Infringing Domain Name to the IP address where the associated website is hosted,

2     pending the outcome of this litigation.

3         E.       Defendant and its officers, agents, servants, employees and/or all persons acting in

4     concert or participation with Defendant are hereby enjoined from:

5               1.       using the IP CASINO Mark or confusingly similar variations thereof, alone

6                       or in combination with any other letters, words, letter strings, phrases or

7                       designs, in commerce or in connection with any business or for any

8                       purpose whatsoever (including, but not limited to, on websites, in domain

9                       names, in hidden text and metatags); and

10             2.       registering or trafficking in any domain names containing the IP CASINO

11                      Mark or confusingly similar variations thereof, alone or in combination

12                      with any other letters, words, phrases or designs; and

13         F.       Plaintiff shall not be required to post an additional bond because the evidence

14     indicates that Defendant will only suffer, if at all, minimal damage by the issuance of this

15     preliminary injunction, hence, the present bond of $100.00 shall remain in effect.

16         G.       Plaintiff may, in addition to the requirements of service identified in Federal Rules

17     of Civil Procedure 4 and 5, serve this Order on Defendant by e-mail transmission.

18         ENTERED this 3rd day of February 2012.

19

20                               UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101