# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Boyd Gaming Corporation,

                Plaintiff,

V.

King Zulu, LLC,

                Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00016-JCM -CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff Boyd Gaming Corporation and against Defendant King Zulu, LLC in the amount of: $10,000.00 for statutory damages; $1,000.00 for damages for corrective advertising; Reasonable attorneys' fees and costs; and Post-judgment interest on the principle sum at the statutory judgment rate from the entry of judgment until paid in full. The Clerk of the Court shall refund Plaintiff the $100 bond by Plaintiff as security for the temporary restraining order and preliminary injunction entered in this case.

October 25, 2012                                      /s/ Lance S. Wilson

Date                                                           Clerk

                                                                      /s/ Ari Caytuero

                                                                      (By) Deputy Clerk